IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

ERIC SAUER,

        Plaintiff,

and,

DEAN HEALTH PLAN, INC. and                      Case No. 20-cv-53-jdp
ERIE INSURANCE COMPANY,

        Involuntary Plaintiffs,

   v.

UNITED STATES OF AMERICA,

        Defendant.

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by the parties, through their respective counsel, that this action, together with all the claims and causes of action set forth in the pleadings, be dismissed on its merits with prejudice, and each party will bear its own attorney fees, costs, and expenses.

Dated January 29, 2021.

Respectfully submitted,

SCOTT C. BLADER
United States Attorney

By: s/Megan R. Stelljes
MEGAN R. STELLJES
Assistant United States Attorney
222 West Washington Ave., Suite 700
Madison, Wisconsin 53703
(608) 264-5158

Attorneys for Defendant,
United States of America


NOWLAN & MOUAT, LLP

By: s/Steven Caya
Steven Caya
100 South Main Street
P.O. Box 8100
Janesville, WI 53547
(608) 755-8100

Attorneys for Plaintiff,
Eric Sauer


DEAN HEALTH PLAN

By: s/Jamie Stock-Retzloff
Jamie Stock-Retzloff
1277 Deming Way
Madison, WI 53717
(608) 828-5052

Attorneys for Involuntary Plaintiff,
Dean Health Plan, Inc.